IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ARNUFLO ONOFRE ROJAS,

Petitioner,

vs.

WARDEN OF THE LINCOLN COUNTY JAIL, in their official capacity, et al.,

Respondents.

8:26-CV-427

ORDER TO SHOW CAUSE

IT IS ORDERED that on or before **September 3, 2026**, the petitioner shall respond to the respondents' motion to dismiss (filing 9) and show cause why his petition should not be dismissed as moot.

Dated this 20th day of August, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge